SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

CATHERINE BLOOM
Law Clerk

450 Golden Gate Avenue, 11th Floor
San Francisco, California  94102
Telephone:  (415) 436-7200 (San Francisco)
Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL BERNELL HANEY,<br><br>    Defendant. | CR No.: CR No. 06-0809 MEJ<br><br>STIPULATION AND [~~PROPOSED~~]<br><u>ORDER EXCLUDING TIME</u> |

On February 27, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from February 27, 2007 to March 29, 2007 for effective preparation of defense counsel to review the discovery for the case and consult with the defendant. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of both defense counsel and the United States, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

SCOTT N. SCHOOLS
Interim United States Attorney

DATED: 03/08/07                   /s/ Derek Owens
                                  _____
                                  DEREK R. OWENS
                                  Special Assistant United States Attorney

DATED: 03/08/07                   /s/ Steven Kalar
                                  _____
                                  STEVEN KALAR
                                  Attorney for Mr. Haney

   As the Court found on February 27, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from February 27, 2007 to March 29, 2007 for effective preparation of defense counsel and the United States. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: March 12, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge

IT IS SO ORDERED
Judge Maria-Elena James

Stipulation and [Proposed] Order